## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL SASONI 2007-1 INSURANCE TRUST, a Delaware statutory trust; MICHAEL SASONI 2007-2 INSURANCE TRUST, a Delaware statutory trust; MICHAEL SASONI, STEPHEN B. WECHSLER; THE WECHSLER FINANCIAL GROUP, INC.; KEVIN BECHTEL; and LIFE BROKERAGE PARTNERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendant. | )<br>)<br>)<br>)   C.A. No. 09-979-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE THAT on November 8, 2010 (the "Petition Date"),

Stephen B. Wechsler (the "Debtor"), filed a voluntary petition for relief in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under

Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), which is pending

before the Honorable Arthur F. Gonzalez as Case No. 10-15970 (AJG).

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the automatic

stay imposed by operation of Section 362 of the Bankruptcy Code, from and after the Petition

Date, no cause of action arising prior to or relating to the period prior to the Petition Date,

including this action, may be commenced or prosecuted against the Debtor, and no related

judgment may be entered or enforced against the Debtor outside of the Bankruptcy Court without

the Bankruptcy Court first issuing an Order lifting or modifying the automatic stay for such

specific purpose.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Peter Dankin
McPheters & Dankin, P.C.
260 Madison Avenue
17th Floor
New York, NY 10016
(212) 371-3141


Dated:  December 8, 2010
992427 / 35104

By:   /s/ John E. James
      John E. James (#996)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19899
      Tel:  (302) 984-6000
      jjames@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Plaintiff Stephen B. Wechsler*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on December 8, 2010, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

> Jason A. Cincilla
> Amaryah K. Bocchino
> COOLEY MANION JONES LLP
> 500 Delaware Avenue,  Suite 710
> Wilmington, DE  19801
> jcincilla@cmjlaw.com
> abocchino@cmjlaw.com

> /s/ John E. James
> John E. James
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> (302) 984-6000
> jjames@potteranderson.com
> dmoore@potteranderson.com

960642 / 35104