Case 1:09-cv-00979-GMS   Document 143-2   Filed 03/28/14   Page 1 of 2 PageID #: 4222

# EXHIBIT D

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY