# EXHIBIT E

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY